CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 18 2011

JULIA C. DUDLEY, CLERK
BY:
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMY SCOTT CARTER, | ) |
| | ) Civil Action No. 7:10-cv-00342 |
| Plaintiff, | ) |
| | ) |
| v. | ) **ORDER** |
| | ) |
| GENE M. JOHNSON, et al. | ) |
| | ) By: Samuel G. Wilson |
| Defendants. | ) United States District Judge |

In accordance with the Memorandum Opinion entered on this day, it is hereby

**ORDERED** and **ADJUDGED** that the plaintiff's motion for a temporary restraining order is

**DENIED**.

**ENTER**: May 17, 2011.

_____
UNITED STATES DISTRICT JUDGE