CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 27 2011

JULIA C. DUDLEY, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JEREMY SCOTT CARTER, #1198832, ) | |
| ) | Civil Action No. 7:10cv00342 |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| GENE M. JOHNSON, et al., ) | By:   Hon. Samuel G. Wilson |
| ) | United States District Judge |
| Defendants. ) | |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The defendants' motion for summary judgment is DENIED on the grounds of qualified immunity and is taken under advisement as to the merits.

2. The defendants' motion for a protective order on the grounds of qualified immunity is DENIED.

3. The defendants' motion for a protective order is GRANTED regarding requests for production 3, 5, 10 and 11 and interrogatory 12. The defendants are directed to respond in some fashion to the plaintiff's pending discovery for which no specific security or other objection was raised (docket 40, 42, 44) within 30 days.

4. The plaintiff's motion to compel is DENIED except to the extent that it requests that defendants respond to the discovery requests to which they have not specifically objected.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 27th day of May, 2011.

United States District Judge