IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JEREMY SCOTT CARTER,** | ) | Civil Action No. 7:10-cv-00342 |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **GENE M. JOHNSON, et al.,** | ) | By:  Hon. Michael F. Urbanski |
|     Defendants. | ) |        United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion to amend (ECF no. 122) and motion for a temporary restraining order (ECF no. 123) are **DENIED** and plaintiff's motion to withdraw (ECF no. 127) and motion for a hearing (ECF no. 126) are **DENIED as moot**.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

                                            Entered:  August 29, 2012

                                            */s/ Michael F. Urbanski*

                                            Michael F. Urbanski
                                            United States District Judge