IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **JEREMY SCOTT CARTER,** ) | Civil Action No. 7:10-cv-00342 | |
| Plaintiff, ) | | |
| ) | | |
| v. ) | **ORDER** | |
| ) | | |
| **GENE M. JOHNSON, et al.,** ) | By: | Hon. Michael F. Urbanski |
| Defendants. ) | | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for summary judgment (ECF no. 118) is **DENIED**; defendants' motion for summary judgment (ECF no. 114) is **DENIED in part** as to the Eighth Amendment claims against defendants Mitchem, Horn, Davidson, J. Honaker, Looney, and Belcher for the events before and during the attack on March 9, 2009; defendants' motion for summary judgment (ECF no. 114) is **GRANTED in part** as to all other claims; all defendants except Mitchem, Horn, Davidson, J. Honaker, Looney, and Belcher are **TERMINATED** as parties; and the Clerk **SHALL** set this matter for a jury trial.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff and counsel of record for defendants.

Entered: March 11, 2013

/s/ Michael F. Urbanski

Michael F. Urbanski
United States District Judge